UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK, ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:09-CR-00340-JLH |
| | § | |
| DAVID JAMES CAMPBELL | § | |

## ORDER

On this 29th day of October, 2012, came on to be heard Defendant's Motion for Return of Passport, Or In The alternative, For Permission to Apply For New Passport. Said motion is hereby granted. Any agency that is currently in possession of the Defendant's passport is ordered to return it to him. If the passport cannot be located, the Defendant is given permission to apply for a new passport.

ENTERED this 29th day of October, 2012.

_____
JUDGE PRESIDING